# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2474
_____

BILLY BROOKS DAWSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon Jr., Judge.

September 10, 2025

PER CURIAM.

AFFIRMED. *See Edenfield v. State*, 379 So. 3d 5 (Fla. 1st DCA 2023) (rejecting a facial constitutional challenge to section 790.23(1)(a), Florida Statutes), *reh'g denied,* 375 So. 3d 930 (Fla. 1st DCA 2023), and *review denied,* No. SC2023-1106, 2023 WL 8710101 (Fla. Dec. 18, 2023).

RAY, KELSEY, and TREADWELL, JJ., concur.

_____

*__Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.__*

_____

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne,
Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Michael Layton Schaub,
Assistant Attorney General, Tallahassee, for Appellee.